**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE:  ASSIGNMENT OF JUDGE : No. 385 Judicial Classification Docket
CHELSA WAGNER OF THE COURT OF :
COMMON PLEAS OF THE FIFTH :
JUDICIAL DISTRICT OF PENNSYLVANIA :
TO CIVIL DIVISION :

## ORDER

**PER CURIAM**

**AND NOW**, this 31st day of January, 2024, upon consideration of the Petition of the Honorable Susan Evashavik DiLucente, President Judge of the Court of Common Pleas of the Fifth Judicial District of Pennsylvania, for the permanent assignment of the Honorable Chelsa Wagner to the Civil Division of the Court of Common Pleas of the Fifth Judicial District of Pennsylvania, said Petition is **GRANTED** and the requested assignment is approved.